No. 94-5642. WHITE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94-5651. YOUNG *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94-5657. COHEN *v.* FEDERAL SAVINGS & LOAN INSURANCE CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 94-5667. AYRS *v.* GREENWALD. C. A. 9th Cir. Certiorari denied.

No. 94-5673. MARTINEZ RAMIREZ *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 94-5678. MALIK *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94-5737. YEOMAN *v.* DOUGAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 94-5744. KELLY *v.* BROADCAST MUSIC, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 94-5756. MATA *v.* RICKETTS ET AL. C. A. 9th Cir. Certiorari denied.

No. 94-5811. JOHNSON *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 94-5812. DEVILLE ET AL. *v.* WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 94-5814. DOKES *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 94-5817. RIVERA DEMUNIZ *v.* OREGON PAROLE BOARD. C. A. 9th Cir. Certiorari denied.

No. 94-5822. MOON *v.* ZANT, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 94-5823. MCNARY *v.* FARLEY, SUPERINTENDENT, INDIANA STATE PRISON, ET AL. C. A. 7th Cir. Certiorari denied.